No. 72–1582.   JOHNSON *v.* CITY OF CHEYENNE ET AL., *ante,* p. 990;

No. 73–10.   JOHNSON *v.* LARAMIE COUNTY SCHOOL DISTRICT No. 1, *ante,* p. 990; and

No. 73–308.   COTA *v.* CHANDLER ET AL., *ante,* p. 1003. Motions to dispense with printing granted.   Petitions for rehearing denied.

### JANUARY 8, 1974

No. 73–774.   MERCANTILE NATIONAL BANK *v.* BARCLAYS BANK D. C. O.   C. A. 5th Cir.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

### JANUARY 14, 1974

No. 73–5776.   NEWTON *v.* BURGIN ET AL.   Affirmed on appeal from D. C. W. D. N. C.   MR. JUSTICE DOUGLAS dissents from affirmance.

No. 73–5337.   PAYNE *v.* FOX, JUDGE.   Appeal from Sup. Ct. Va. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.   MR. JUSTICE DOUGLAS dissents from dismissal of appeal and denial of certiorari.

No. 72–1462.   MULLANEY ET AL. *v.* WILBUR.   C. A. 1st Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *State* v. *Lafferty,* 309 A. 2d 647 (Me. 1973).